AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MAY - 4 2016

David J. Bradley, Clerk

United States of America
v.

Brenda GARZA            (1977)
USC

Defendant(s)

Case No. M-16-0837-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  5/4/2016  in the county of  Hidalgo  in the SOUTHERN District of TEXAS , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess with intent to distribute approximately 154.820 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On May 4, 2016, at approximately 8:00 a.m., while conducting surveillance, Border Patrol Agent (BPA) Adrian Escalante observed a white sedan, later identified as a white 2008 Ford Mustang (suspect vehicle), drive to the levee east of Tower Road. BPA Escalante observed and reported to ground agents that several subjects emerged from the brush carrying large bundles and loading them into the suspect vehicle. BPA's Ernesto Flores and Artemio Quiroga responded to intercept the suspect vehicle. Upon arrival to the scene, BPA's Flores and Quiroga observed several subjects running away from the suspect vehicle, one of which was still carrying a large bundle.                (See Attachment I)

☑ Continued on the attached sheet.

*Complainant's signature*

Hunter Steadman, DEA/SA
*Printed name and title*

Approved Joseph Leonard
Sworn to before me and signed in my presence.
Date: May 4, 2016  5:01 pm

City and state: McAllen, Texas

*Judge's signature*

Peter E. Ormsby, Magistrate Judge
*Printed name and title*

Attachment I

BPAs Quiroga and Flores observed that, as the subject was running with the bundle, the subject dropped and abandoned the bundle in the brush. Agent Quiroga was able to retrieve the abandoned bundle from the brush as BPA Flores followed the suspect vehicle and conducted a vehicle stop as it turned north onto Shuster High Levee Road.

Upon making contact with the driver, later identified as Brenda GARZA (DOB: 1977), BPA Flores observed several bundles in plain view in the passenger compartment of the suspect's vehicle. A search of the vehicle revealed three bundles of marijuana on the back passenger seat and one bundle of marijuana in the trunk. The suspect vehicle, five bundles of marijuana, and Brenda GARZA were taken to the U.S. Border Patrol Station in Weslaco, Texas, for further processing.

On same date, SA Steadman, TFO Robert Quintanilla, and TFA Mike Hernandez arrived at the U.S Border Patrol Station in Weslaco, Texas. SA Steadman read Brenda GARZA her rights in her preferred language of English, as witnessed by TFO Quintanilla and TFA Hernandez. GARZA agreed to speak with the agents without GARZA's attorney present. GARZA stated that GARZA had been in contact twice with a subject GARZA only knows as "REYNOSA". GARZA stated that REYNOSA called GARZA the morning of May 4, 2016, and offered to pay GARZA $1,000 USD to deliver two packages of marijuana from the river area to an unidentified location. GARZA stated that GARZA agreed to deliver the packages of marijuana because GARZA needed the money.